CASE NO. 2014-1287

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**SYNBIAS PHARMA,**
*Plaintiff-Appellant,*

*v.*

**SOLUX CORPORATION,**
*Defendant-Appellee.*

*Appeal from the United States District Court for the Southern District of California in No. 3:11-cv-03035-H-BGS, Judge Marilyn L. Huff*

**APPELLEE SOLUX CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE INITIAL BRIEF**

> SOLOMON WARD SEIDENWURM & SMITH, LLP
> Richard E. McCarthy
> Mark Angert
> Leah S. Strickland
> 401 B Street, Suite 1200
> San Diego, California 92101
> Telephone: 619.231.0303
> Facsimile: 619.231.4755
>
> Attorneys for Defendant-Appellee SOLUX CORPORATION
>
> June 26, 2014

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee Solux Corporation respectfully moves this Court for an order extending the time to file its initial brief to August 15, 2014, which constitutes an extension of twenty-nine (29) days.  (Declaration of Leah S. Strickland in Support of Solux Corporation's Unopposed Motion for Extension of Time in Which to File Initial Brief ["Strickland Decl."] ¶ 2.)

In accordance with Federal Circuit Rule 31 and this Court's June 6, 2014 docket entry, Solux's initial brief is currently due on July 17, 2014.  (*Id.* ¶ 2.) Solux has not requested any prior extension of time in this appeal.  (*Id.* ¶ 3.)  Solux has informed all other parties that it will seek this extension.  On June 24, 2014, Synbias through its counsel indicated that it would not oppose the requested extension.  (*Id.* ¶ 6.)

Good cause exists for the requested extension.  The parties to this appeal are currently in serious negotiations to reach a global resolution of this case and related cases pending in state court and other courts, and which may moot this appeal.  (Id. ¶ 4; Declaration of Mark Angert ("Angert Decl.") ¶ 2.)  In addition, Solux consented to Synbias' prior request for a 30-day extension in this appeal.  (Angert Decl. ¶ 2; Strickland Decl. ¶ 4.)

Solux have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.  (Angert Decl. ¶ 3; Strickland Decl. ¶ 5.)

For the foregoing reasons, Solux respectfully requests that this motion be granted and that it be allowed until and including August 15, 2014 to file its initial brief.

Respectfully submitted,

DATED: June 26, 2014        SOLOMON WARD SEIDENWURM & SMITH, LLP


By: /s/ Leah S. Strickland
RICHARD E. McCARTHY
MARK ANGERT
LEAH S. STRICKLAND
Attorneys for Defendant-Appellee
SOLUX CORPORATION

# **DECLARATION OF LEAH S. STRICKLAND IN SUPPORT OF SOLUX CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE INITIAL BRIEF**

I, Leah S. Strickland, declare:

1. I am an attorney licensed to practice before all courts of the State of California and an associate at Solomon Ward Seidenwurm & Smith, LLP, counsel of record for Appellee Solux Corporation ("Solux"). I make this declaration as required by Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. Solux seeks an extension of time until August 15, 2014, within which to file its initial brief. This constitutes a 29-day extension. Solux's initial brief is currently due on July 17, 2014.

3. Solux has not previously requested an extension in this appeal.

4. The grounds for this extension are:

   a. I understand that the parties to this appeal, Solux Corporation and Synbias Pharma, are currently in serious negotiations to reach a global resolution of this case and related cases pending in state court and other courts, which may moot this appeal.

   b. In addition, Solux consented to Synbias' prior request for a 30-day extension in this appeal.

5.  I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

6.  I contacted Kevin Littman, counsel for appellant Synbias Pharma ("Synbias"), regarding a request by Solux for a 30-day extension to file its initial brief. On June 24, 2014, Mr. Littman advised me by e-mail that Synbias will not oppose Solux's request. Because a 30-day extension would cause the due date for Solux's initial brief fall on Saturday, Solux instead requests a 29-day extension to file its initial brief on Friday, August 15, 2014.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on June 25, 2014, at San Diego, California.

/s/ Leah S. Strickland  
LEAH S. STRICKLAND

# DECLARATION OF MARK ANGERT IN SUPPORT OF SOLUX CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE INITIAL BRIEF

I, Mark Angert, declare:

1.I am an attorney licensed to practice before all courts of the State of California and am an attorney with Solomon Ward Seidenwurm & Smith, LLP, counsel of record for Appellee Solux Corporation ("Solux"). I make this declaration as required by Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2.The grounds for this extension are:

a.The parties to this appeal, Solux Corporation and Synbias Pharma, are currently in serious negotiations to reach a global resolution of this case and related cases pending in state court and other courts, and which may moot this appeal.

b.Solux consented to Synbias' prior request for a 30-day extension in this appeal.

3. I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on June 25, 2014, at San Diego, California.

/s/ Mark Angert
MARK ANGERT

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  06/26/2014
by:

- [ ] US mail
- [ ] Fax
- [ ] Hand
- [x] Electronic Means
    (by email or CM/ECF)

| Leah S. Strickland | /s/Leah S. Strickland |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm    Solomon Ward Seidenwurm & Smith, LLP

Address    401 B Street, Suite 1200

City, State, ZIP    San Diego, CA 92101

Telephone Number    (619) 231-0303

FAX Number    (619) 231-4755

E-mail Address    lstrickland@swsslaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.



American LegalNet, Inc.
www.FormsWorkFlow.com

*Synbias Pharma v. Solux Corporation*
No. 14-1287
Service List

| | |
|---|---|
| Matthew B. Lowrie, Esq.<br>Kevin M. Littman, Esq.<br>Sven Riethmueller, Esq.<br>Foley & Lardner, LLP<br>111 Huntington Ave.<br>Boston, MA 02111<br>Tel:   (617) 342-4000<br>Fax:   (617) 342-4001<br>mlowrie@foley.com<br>klittman@foley.com<br>sreithmueller@foley.com | Attorneys for Appellee<br>SYNBIAS PHARMA |

P:00878124:74003.008